# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CENTRAL VALLEY AG COOPERATIVE,** a Nebraska Non-Profit Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>**RYAN GUTHMILLER, and SHAUN GUTHMILLER,**<br><br>Defendants. | **8:22CV328**<br><br>**ORDER** |

Counsel for the plaintiff advised the court that mediation has been scheduled for December 14, 2023, with Michael Mullin. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings are terminated, including the planning conference set for November 15, 2023, pending the outcome of mediation.

2. On or before **December 21, 2023**, the parties shall notify the Court regarding the outcome of mediation, or to reschedule the planning conference, if necessary.

Dated this 14th day of November, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge